**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-7162**

———————

ANDRIVIA FRANCES WELLS,

        Plaintiff - Appellant,

    v.

RAY, (Warden) SFF-Hazelton,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00206-JPB-JPM)

———————

Submitted:  April 10, 2025                        Decided:  April 15, 2025

———————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Andrivia Frances Wells, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrivia Frances Wells appeals the district court's order dismissing her complaint pursuant to 28 U.S.C. § 1915(c)(2)(B) for failure to state a claim. Wells, a former federal prisoner, sought to recover damages from the warden of the prison in which she was housed under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). The district court found that no *Bivens* action existed for Wells's claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wells v. Ray*, No. 5:24-cv-00206-JPB-JPM (N.D.W. Va. Oct. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*